81,011-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

Abel Acosta: Clerk

Re: WR- 81,011-02
Trial court # 2011F00150-A

I'm writing to Inform the court that my
mailing address has changed.

My New mailing address Is:

Roy Dunwood Bristow # 1894817
McConnell Unit
3001 S. Emily Dr.
Beeville, Texas
78102

with All Respect
Roy Dunwood Bristow

11-7-15